# In the United States Court of Federal Claims

No. 11-857L
(Filed: July 18, 2019)

```
*******************************************
                                            *
                                            *
TRINCO INVESTMENT CO. AND                   *
KATHLEEN G. ROSE, TRUSTEE OF                *
THE V. & M. ROSE - MARITAL TRUST,           *
                                            *
                  Plaintiffs,               *
                                            *
        v.                                  *
                                            *
THE UNITED STATES,                          *
                                            *
                  Defendant.                *
                                            *
*******************************************
```

## ORDER

On October 31, 2018, the Court denied Plaintiff's Motion to Transfer, certified the order for interlocutory appeal, and stayed the proceedings. *See* ECF No. 149. On June 26, 2019, the parties filed a joint status report advising the Court that interlocutory appeal was not being pursued and that the parties wish to proceed to trial. In light of this, the Court hereby **LIFTS** the stay.

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge