# In the United States Court of Federal Claims

No. 11-857L
(Filed: November 19, 2019)

*******************************************
|  |  |
|---|---|
| **TRINCO INVESTMENT CO. AND** | * |
| **KATHLEEN G. ROSE, TRUSTEE OF** | * |
| **THE V. & M. ROSE - MARITAL TRUST,** | * |
|  | * |
| **Plaintiffs,** | * |
|  | * |
| v. | * |
|  | * |
| **THE UNITED STATES,** | * |
|  | * |
| **Defendant.** | * |

*******************************************

## ORDER

Pursuant to the Court's Trial Management Order, Section 3(b), ECF No. 153, certain documents were to be filed with the Court on November 14, 2019. To date, the documents have not been filed. Therefore, the parties shall file, **no later than close of business today, November 19, 2019**, the required documents. In the event the documents are not filed, the Court shall deem them waived.

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge