## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRIN-CO. INVESTMENT CO., et al.  ) | |
| ) | No. 11-857 L |
| Plaintiffs,  ) | |
| ) | Hon. Edward J. Damich |
| v.  ) | |
| ) | *Electronically filed November 18, 2019* |
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule of the Court of Federal Claims 41(a)(1)(ii), Plaintiffs in the above-captioned action and Defendant the United States stipulate that the Complaint in the above captioned action, *see* ECF No. 1, amended at ECF No. 19, is hereby dismissed with prejudice.

Respectfully submitted,

                                                                              Jean E. Williams
                                                                              Deputy Assistant Attorney General
                                                                              Environment & Natural Resources Division

*s/ Matthew J. Dowd*                                        By */s/ Jessica M. Held*
                                                                              JESSICA M. HELD
Dowd Scheffel PLLC                                         U.S. Department of Justice
1717 Pennsylvania Ave., NW                           P.O. Box 7611
Suite 1025                                                         Washington, D.C. 20044
Washington, DC 20006                                    (202) 305-0575
202-573-3853 (telephone)                               (202) 305-0506 (facsimile)
mdowd@dowdscheffel.com (email)              Jessica.Held@usdoj.gov

ATTORNEY FOR PLAINTIFFS                      ATTORNEY FOR DEFENDANT